IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

LESTER L. WELLS,
    Petitioner,

vs.                                          Case No.: 3:12cv249/RV/EMT

MICHAEL D. CREWS,
    Respondent.
_____/

**O R D E R**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated March 5, 2013 (doc. 24). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The Petitioner has filed a motion to dismiss without prejudice in response to the Report and Recommendation (doc. 28)

Having considered the Report and Recommendation, and the Petitioner's motion, I have determined that the Report and Recommendation should be adopted. Since both the Petitioner and the Respondent have asked for dismissal, dismissal is warranted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. Respondent's motion to dismiss (doc. 18) and Petitioner's motion to dismiss doc. (28) are **GRANTED**.

3. This habeas action is **DISMISSED** for lack of jurisdiction.

4. A certificate of appealability is **DENIED**.

**DONE AND ORDERED** this 4th day of April, 2013.

                                             /s/ *Roger Vinson*
                                             **ROGER VINSON**

**SENIOR UNITED STATES DISTRICT JUDGE**